UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR114-121, USA v. Johnson |
| | ) | CR115-084, USA v. Samuels |
| LEAVE OF ABSENCE REQUEST | ) | CR115-106, USA v. Roberson |
| | ) | CR115-100, USA v. Roberts |
| KENNETH D. CROWDER | ) | |
| March 2 through 4, 2016 | ) | |

## ORDER

**Kenneth D. Crowder** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Kenneth D. Crowder** be granted leave of absence for the following periods: **March 2, 2016 through March 4, 2016.**

This __8th__ day of __February__, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia