IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CR 115-084 |
| | * | |
| JEFFERY J. SAMUELS | * | |

O R D E R

On March 21, 2016, this Court sentenced Defendant Jeffery J. Samuels upon his plea of guilty to one count of felon in possession of a firearm to serve 79 months imprisonment followed by three years of supervised release. The Judgment and Commitment Order is silent as to whether the federal sentence would run concurrently with or consecutive to the state sentence that had yet to be imposed for crimes arising out of the same conduct.

At present, Defendant has filed a motion for clarification, asking that the Court state its position on whether the federal sentence is to run concurrently with his state sentence. Said motion (doc. 32) is **GRANTED**. Because the conduct related to the state offenses was taken into consideration by the United States Sentencing Guidelines in determining a sentence for the instant federal offense, the Court hereby **ORDERS** and **ADJUDGES** that the federal sentence in this case shall run concurrently with the state

sentence imposed by the Superior Court of McDuffie County in November 2016.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of June, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA